MEMO ENDORSED

DGW KRAMER LLP
www.dgwllp.com

45 Rockefeller Plaza 20th Floor
New York, NY 10111
Jacob Y. Chen
jchen@dgwllp.com
T: 917-983-2806

July 10, 2026

Hon. Dale E. Ho
Courtroom 905
United States Courthouse
500 Pearl Street
New York, New York, 10007

**CONSENT MOTION FOR REMOTE APPEARANCE**

Re: *Pikkii USA Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint.* Case No. 1:26-cv-04998-(DEH)

Your Honor,

The undersigned are counsel for Defendants COUIRAGEOUS, EGORYSPECIES, EXCEPTIONI, PRESERVETY, and WHOLETOTAL (the "Defendants") in this matter.

On July 1, 2026, Plaintiff filed a letter motion requesting the Show Cause Hearing for a Preliminary Injunction be continued to July 20, 2026, as the parties agreed.

Later that day, the Court granted the motion in part and denied it in part. Because the Court is unavailable for a hearing on July 20, the hearing was instead adjourned to July 16, 2026 at 2:00 p.m.

The undersigned will be out of town on July 16 and therefore will be unable to attend the hearing in person.

Accordingly, Defendants respectfully request that the Court permit counsel for Plaintiff and the undersigned to appear remotely on the current scheduled date of July 16, 2026. Plaintiff consents to this request.

In the meantime, the parties are discussing the possibility of entering into a stipulated preliminary injunction and are continuing to negotiate the specific terms. Should the parties reach agreement on a stipulation, they will report to the Court promptly.

Dated: July 10, 2026

Respectfully submitted,

*/s/ Jacob Chen*

Jacob Y. Chen (NY #5019286)
Email: jchen@dgwllp.com
Telephone: 917-983-2806

**DGW KRAMER LLP**
45 Rockefeller Plaza, 20th Floor,
New York, NY 10111
Counsel for Defendants

**Application GRANTED. The Court will hold a virtual hearing on July 16, 2025 at 2:00 p.m. The parties should join the hearing by dialing (646) 453-453-4442 and the conference ID: 381 578 613, followed by the pound sign (#). The Clerk of Court is respectfully directed to terminate ECF No. 25.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 13, 2026
New York, New York