**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIKKII USA INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No. 26-cv-4998 |

**DECLARATION OF SHENGMAO MU**

I, Shengmao Mu, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am one of the attorneys for Plaintiff Pikkii USA Inc. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On June 22, 2026, the Hon. Judge Dale E. Ho granted Plaintiff's alternative service of process through U.S. – based Counsel, by authorizing electronic delivery of PDF copies of this Order, the Summons, and the Complaint to Defendants' known U.S. Counsel's email address. ¶¶ 8 -9. Dkt. No. 15.

3. On July 2, 2026, Jacob Chen appeared on behalf of all Defendants. Dkt. No. 22.

4. On July 15, 2026, the Court issued Summons. Dkt. No. 31.

5. Pursuant to the Order issued on June 22, 2026, Dkt. No. 15, on July 15, 2026, Plaintiff effectuated the service of process on Defendants via Jacob Chen electronically on his email at jchen@dgwllp.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Shengmao Mu*

Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY, 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*